JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMBO JAMES YIM, Petitioner, v. ERNESTO SANTACRUZ, JR, et al., Respondent. | Case No. 2:26-cv-10004-MAR<br><br>JUDGMENT |

**IT IS HEREBY ADJUDGED** that this Petition is **GRANTED.** Respondents are ORDERED to immediately release Petitioner Sambo James Yim (A# 025-110-060) on his prior OSUP and are ENJOINED from re-detaining Petitioner absent a material change in circumstances and full compliance with 8 C.F.R. §§ 241.4(l)(1), 241.13(i)(1), and due process.[1]

///
///

[1] In order to revoke release, the government must notify the noncitizen of the reason for the revocation and give them both an informal and formal interview. Delkash v. Noem, No. 5:25-cv01675-HDV-AGR, 2025 WL 2683988, at *4 (C.D. Cal. Aug. 28, 2025). "Petitioner must be told what circumstances had changed . . . in order to meaningfully respond to the reasons and submit evidence in opposition." See Hashemi v. Noem, 809 F. Supp. 3d 1027, 1035 (C.D. Cal. 2025); 8 C.F.R. § 241.13(i)(3) ("afford[ing] [noncitizens] an opportunity to respond to the reasons for revocation," includes an opportunity to "submit any evidence or information that he . . . believes shows there is no significant likelihood he… [will] be removed in the reasonably foreseeable future")).

Dated: October 21, 2026

MARGO A. ROCCONI
United States Magistrate Judge